**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**JANE DOE, et al.,**

      **Plaintiffs,**

  v.                               **Civil Action 2:23-cv-02704
Judge Edmund A. Sargus
Magistrate Judge Kimberly A. Jolson**

**TEAYS VALLEY LOCAL SCHOOL
BOARD OF EDUCATION, et al.,**

      **Defendants.**

## SHOW CAUSE ORDER

Federal Rule of Civil Procedure 4 dictates that if a "defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m) (also noting "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."). According to the docket, Defendant Mandy Davis has not been served in this action. Neither have the John Roes been identified or served. The Court intends to dismiss these Defendants unless Plaintiffs can show cause, **within seven days**, why the time for service should be extended in this years-old case.

IT IS SO ORDERED.

Date:  September 9, 2025                               /s/ Kimberly A. Jolson
                                                                   KIMBERLY A. JOLSON
                                                                   UNITED STATES MAGISTRATE JUDGE